AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

LOUIS RANDOLPH,
a/k/a CLYDE LEWIS,

       Petitioner,     JUDGMENT IN A CIVIL CASE
V.

         CASE NUMBER:  3:11-CV-00077-RCJ-VPC

E.K. McDANIEL, et al.,

       Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is DENIED.
IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

April 26, 2011                                          LANCE S. WILSON
                                                                     Clerk

                                                          /s/ M. Campbell
                                                         Deputy Clerk