# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LOUIS RANDOLPH, a.k.a. CLYDE LEWIS,

    Petitioner,

vs.

E. K. MCDANIEL, et al.,

    Respondents.

Case No. 3:11-cv-00077-RCJ-VPC

**ORDER**

    The court of appeals having remanded for petitioner to have an opportunity to amend his petition, and good cause appearing;

    IT IS THEREFORE ORDERED that this action is **REINSTATED**.

    IT IS FURTHER ORDERED that the clerk of the court shall send petitioner a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 form with instructions.  Petitioner shall have thirty (30) days from the date that this order is entered in which to file an amended petition to correct the deficiencies found in the court's order of April 25, 2011 (#4).  Failure to comply with this order will result in the dismissal of this action.

///
///
///
///
///
///

IT IS FURTHER ORDERED that petitioner shall clearly title the amended petition as such by placing the word "AMENDED" immediately above "Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254" on page 1 in the caption, and petitioner shall place the docket number, 3:11-cv-00077-RCJ-VPC, above the word "AMENDED."

Dated:   March 25, 2013.

_____
ROBERT C. JONES
Chief United States District Judge