# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LOUIS RANDOLPH, a.k.a. CLYDE LEWIS,

    Petitioner,

vs.

E. K. MCDANIEL, et al.,

    Respondents.

Case No. 3:11-cv-00077-RCJ-VPC

**ORDER**

    Petitioner has filed a motion for default judgment (#35). Even if default judgment were available in federal habeas corpus, respondents filed their answer (#36) within the time allowed by the court's order of December 30, 2014 (#34).

    IT IS THEREFORE ORDERED that petitioner's motion for default judgment (#35) is **DENIED**.

    DATED: This 11th day of February, 2015

_____
ROBERT C. JONES
United States District Judge